

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00039-CR

---

BILLY JAY BURRIS, Appellant

V.

STATE OF TEXAS, Appellee

---

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 24635

---

Before Morriss, C.J., Carter and Moseley, JJ.

# O  R  D  E  R

Court reporter Terry Spangler recorded the trial court proceedings in our cause number 06-13-00039-CR, styled *Billy Jay Burris v. The State of Texas*, trial court cause number 24635 in the 6th Judicial District Court of Lamar County, Texas. The reporter's record was due in this case April 23, 2013. The record is now twenty-three days past due. In response to a May 1 inquiry from our clerk's office regarding the whereabouts of the record, Spangler indicated that she would file it on or before May 5. We have received nothing from Spangler since that time.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the reporter's record is filed in this case.

We, therefore, order Terry Spangler to file the reporter's record in cause number 06-13-00039-CR, *Billy Jay Burris v. The State of Texas*, trial court cause number 24635, to be received by this Court no later than Friday, May 31, 2013.

IT IS SO ORDERED.

BY THE COURT

Date:   May 16, 2013

2